IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:03CR27-V
(Financial Litigation Unit)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID W. MOORE, and | ) |
| BROYHILL FURNITURE INDUSTRIES, INC., | ) |
| Garnishee. | ) |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Garnishment as to Broyhill Furniture Industries, Inc., filed in this case on August 2, 2006, against the defendant David W. Moore is hereby **DISMISSED**.

Signed: October 20, 2010

Richard L. Voorhees
United States District Judge